IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

NORMAN JORDAN                                                                                               PLAINTIFF

vs.                                                  Civil No. 4:09-cv-04131

MICHAEL J. ASTRUE                                                                                      DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 10thday of May 2010, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that Defendant's Motion to Dismiss (Doc. No. 8) is **GRANTED** and Plaintiff's Complaint be **DISMISSED**.

**IT IS SO ORDERED.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE